**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CLEMENTE PEREZ-LUNA, | No. CV 07-3885-FMC(CW) |
| Petitioner, | JUDGMENT |
| v. | |
| JOE NORWOOD (Warden), | |
| Respondent. | |

**IT IS ADJUDGED** that the petition for writ of habeas corpus is dismissed for lack of jurisdiction.

DATED: May 28, 2009

FLORENCE-MARIE COOPER
United States District Judge